# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America

      Plaintiff(s)

vs.

Arande Major

      Defendant(s)

Criminal No. 11-831 (KSH)

**ORDER OF DETENTION**

The United States Marshal Service is directed to take the above named defendant into custody pending further order of this court. Bail previously set is hereby revoked.

SO ORDERED

_____
KATHARINE S. HAYDEN, U.S.D.J.

Date: 3/15/12